

**CIRCUIT COURT FOR FREDERICK COUNTY, MARYLAND**
100 West Patrick Street
Frederick, Maryland 21701

Clerk of the Court: 301-600-1976
Assignment Office: 301-600-2015

**RECEIVED**
JUL 19 2018
TMD 1155pm
President's Office
Frederick Community College

To:  FREDERICK COMMUNITY COLLEGE
7932 OPOSSUMTOWN PIKE
FREDERICK MD 21702

Case Number: C-10-CV-18-000562
Other Reference Number(s):

LOURDES HARDING VS. FREDERICK COMMUNITY COLLEGE

Issue Date: 07/02/2018

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

LOURDES HARDING
2140 Wainwright Court, Apt BD
Frederick, MD 21702

This summons is effective for service only if served within 60 days after the date it is issued.

*Sandra K. Dalton*
Sandra K. Dalton
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a)

EXHIBIT 1

# SHERIFF'S RETURN
Circuit Court for Frederick County

Sheriff fee: _____   By: _____

Served: _____

Time: _____   Date: _____

Unserved (Reason): _____

Instructions to Private Process:

1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).